**Order entered December 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00186-CR**

**DANIEL ARTURO CONTRERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-76586-H**

**ORDER**

Appellant has filed a motion for rehearing requesting that we modify the trial court's judgments to remove unauthorized court costs. Appellant contends the State agrees to the modifications. We cannot grant a motion for rehearing unless a response has been filed or requested. *See* TEX. R. APP. P. 49.2. We **ORDER** the State to file a response to the motion within fourteen days of the date of this order.

/s/     BONNIE LEE GOLDSTEIN
         JUSTICE